WinfreyPROB 12C
(7/93)

Report Date: March 25, 2016

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
MAR 29 2016
SEAN F. McAVOY, CLERK
DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Reeves Case Number: 0980 2:15CR00001-WFN-1

Address of Offender: [redacted]

Name of Sentencing Judicial Officer: The Honorable James A. Redden, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 8, 2011

Original Offense: Passing Counterfeit Currency, 18 U.S.C. § 472

Original Sentence: Probation - 60 months Type of Supervision: Probation

Asst. U.S. Attorney: U.S. Attorney's Office Date Supervision Commenced: February 6, 2014

Defense Attorney: Federal Defender's Office Date Supervision Expires: February 5, 2019

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer.<br><br>**Supporting Evidence**: Jeremy Reeves violated the terms of his supervised release in Spokane, Washington, on or about February 13, 23; August 20, 28, 30; September 6, 24; October 2; November 9, 20, and 27, 2015, by opening new lines of credit without the advance permission of the U.S. probation officer. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/25/2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Reeves, Jeremy
March 25, 2016
Page 2

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

[signature]
Signature of Judicial Officer

3/29/16
Date