WinfreyPROB 12C
(7/93)

Report Date:  March 25, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 2 9 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Reeves                    Case Number: 0980 2:15CR00001-WFN-1

Address of Offender: ██ █ ████████ ██ █████ ? ████ ████████ ██

Name of Sentencing Judicial Officer:  The Honorable James A. Redden, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 8, 2011

| | | |
|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: February 6, 2014 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: February 5, 2019 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer. |

**Supporting Evidence**: Jeremy Reeves violated the terms of his supervised release in Spokane, Washington, on or about February 13, 23; August 20, 28, 30; September 6, 24; October 2; November 9, 20, and 27, 2015, by opening new lines of credit without the advance permission of the U.S. probation officer.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     03/25/2016
_____

s/Melissa Hanson
_____

Melissa Hanson
U.S. Probation Officer

**Prob12C**
**Re: Reeves, Jeremy**
**March 25, 2016**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

_____3/29/16_____
Date