PROB 12C
(7/93)

Report Date: April 20, 2016

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 20, 2016**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeremy Dean Reeves | Case Number: 0980 2:15CR00001-WFN-1 |
| Address of Offender: ███████████████ | Spokane Valley, Washington 99216 |

Name of Sentencing Judicial Officer:  The Honorable James A. Redden, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 8, 2011

| | | |
|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: February 6, 2014 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: February 5, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/25/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 12**: The defendant shall refrain from excessive use of alcohol and shall not purchase, posses, use, distribute, or administer any narcotic or other controlled substances, or any paraphernalia related to such substances, except as prescribed by a physician. If, at any time, the probation officer has reasonable cause to believe the defendant is using illegal drugs or is abusing alcohol, the defendant shall submit to urinalysis testing, Breathalyzer testing, or reasonable examination of the arms, neck, face, and lower legs. |
| | **Supporting Evidence:** Jeremy Reeves violated the terms of his supervised release in Spokane, Washington, on or about April 7, 2016, by failing to submit to a random urinalysis test at Alcohol Drug Education Prevention and Treatment, Inc. (ADEPT). |
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Jeremy Reeves violated the terms of his supervised release in Spokane, Washington, on or about April 14, 2016, by being cited for speeding. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 20, 2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

4/20/16
Date