PROB 12C
(6/16)

Report Date:  January 13, 2017

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 7 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Dean Reeves                    Case Number: 0980 2:15CR00001-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable James A. Redden, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 8, 2011

| | | |
|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: February 6, 2014 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: February 5, 2019 |

## PETITIONING THE COURT

### To issue a WARRANT.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.  Revocation of probation or supervised release is mandatory for illegal possession of a controlled substance. |
| | **Supporting Evidence**: According to Kootenai County Sheriff's Office report number 17-01037, Mr. Reeves violated his conditions of supervised release by being arrested and charged with aggravated assault and burglary on January 12, 2017, in Kootenai County, Idaho. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
**Re: Reeves, Jeremy Dean**
**January 13, 2017**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/13/2017

s/Josh Schull

Josh Schull
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

1/17/17

Date