PROB 12C
(6/16)

Report Date: September 21, 2018

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 24 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Dean Reeves                Case Number: 0980 2:15CR00001-WFN-1

Address of Offender:                Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable James A. Redden, Senior U.S. Distirct Judge
Name of Supervising Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 8, 2011

Original Offense:        Passing Counterfeit Currency, 18 U.S.C. § 472

Original Sentence:       Probation - 60 months              Type of Supervision: Supervised Release

Revocation              Prison - 15 months
Sentence:               TSR - 36 months
(April 5, 2017)

Asst. U.S. Attorney:    Matthew F. Duggan               Date Supervision Commenced: February 15, 2018

Defense Attorney:       Amy H. Rubin                     Date Supervision Expires: February 14, 2021

==========================================================================

PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

    1                   **Special Condition # 3**: You must not incur any new debt, open additional lines of credit, or
                        enter into any financial contracts, without the advance approval of the supervising officer.

                        **Supporting Evidence**: Mr. Reeves violated the terms of his supervised release by
                        purchasing a vehicle without advance approval, on or about September 18, 2018.

                        On February 15, 2018, supervision commenced in this matter. On February 16, 2018, a
                        supervision intake was completed with Mr. Reeves. Mr. Reeves signed a copy of his
                        judgment, indicating an acknowledgment and understanding of the conditions imposed by
                        the Court, which included special condition number 3, noted above.

                        On September 18, 2018, after receiving collateral information that Mr. Reeves purchased a
                        new vehicle, Mr. Reeves reported to the probation office. Mr. Reeves admitted to
                        purchasing a new vehicle approximately 45 days prior. He advised the loan was for
                        approximately $5,000.

2   **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Reeves violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about September 17, 2018.

On February 15, 2018, supervision commenced in this matter. On February 16, 2018, a supervision intake was completed with Mr. Reeves. Mr. Reeves signed a copy of his judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 6, noted above.

On September 18, 2018, Mr. Reeves reported. He submitted to a urinalysis. The sample tested presumptive positive for methamphetamine. Mr. Reeves denied use and the sample was sent to the laboratory for additional testing. Later that same day, Mr. Reeves contacted the undersigned and advised that he had in fact consumed methamphetamine the evening prior.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 21, 2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/24/18
Date