PROB 12C
(6/16)

Report Date: October 10, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 11 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Dean Reeves		Case Number: 0980 2:15CR00001-WFN-1

Address of Offender:		Spokane, Washington 99218

Name of Sentencing Judicial Officer: The Honorable James A. Redden, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 8, 2011

| | | |
|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence: (April 5, 2017) | Prison - 15 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: February 15, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 14, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/21/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 6** : You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Reeves violated the terms of his supervised release by failing to appear for a random urinalysis test at Pioneer Counseling Services, on or about September 21, 2018, and on or about October 1 and 5, 2018.<br><br>On February 15, 2018, supervision commenced in this matter. On February 16, 2018, a supervision intake was completed with Mr. Reeves. Mr. Reeves signed a copy of his judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 6, noted above. |

On September 18, 2018, Mr. Reeves was placed on phase drug testing at Pioneer Counseling Services (PCS). Mr. Reeves was directed to call the drug testing line daily. If his color is called on that day, he is expected to appear at PCS for testing. The drug testing hours are from 7:00 a.m. to 7:00 p.m.

On September 24, 2018, PCS notified the undersigned officer that Mr. Reeves did not appear for testing on September 21, 2018.

On October 1, 2018, Mr. Reeves was expected to appear at PCS for a drug test. At approximately 3:00 p.m. that day, Mr. Reeves left the undersigned officer a voicemail stating he just woke up and would miss his drug test because he was already an hour late for work and had to get to work. Mr. Reeves failed to drug test on October 1, 2018.

On October 9, 2018, the undersigned officer was advised by PCS that Mr. Reeves did not appear for drug testing on October 5, 2018.

| 4 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Reeves violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about September 24, 2018, and on or about September 28, 2018.

On February 15, 2018, supervision commenced in this matter. On February 16, 2018, a supervision intake was completed with Mr. Reeves. Mr. Reeves signed a copy of his judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 6, noted above.

On September 24, 2018, Mr. Reeves reported. After approximately 4 hours, Mr. Reeves ultimately submitted to a urinalysis. The sample tested presumptive positive for methamphetamine. Mr. Reeves denied use. The sample was sent to the laboratory for testing. The lab results were subsequently received and confirmed a positive presence for methamphetamine.

On October 2, 2018, Mr. Reeves reported to the probation office. He submitted to a urinalysis which tested presumptive positive for methamphetamine. Mr. Reeves signed a drug use admission form indicating he consumed methamphetamine September 28, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 10, 2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

Date