PROB 12C
(6/16)

Report Date: October 16, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 16 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Dean Reeves                Case Number: 0980 2:15CR00001-WFN-1

Address of Offender:                                Spokane, Washington 99218

Name of Sentencing Judicial Officer: The Honorable James A. Redden, Senior U.S. District Judge
Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 8, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | | |
| Original Sentence: | Prison - 60 months | Type of Supervision: | Supervised Release |
| Amended Sentence: (April 5, 2017) | Prison - 15 months<br>TSR - 36 months | | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: | February 15, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | February 14, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/21/2018 and 10/10/2008.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1** : You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Reeves violated the terms of his supervised release by being cited for speeding 15 miles per hour over the limit, on or about October 5, 2018.<br><br>On February 15, 2018, supervision commenced in this matter. On February 16, 2018, a supervision intake was completed with Mr. Reeves. Mr. Reeves signed a copy of his judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included mandatory condition number 1, noted above.<br><br>On October 5, 2018, Mr. Reeves was pulled over by Washington State Patrol and cited for speeding. The available infraction report noted the officer was attempting to pull over an individual going 98 miles per hour and ended up behind Mr. Reeves who was driving 85 miles per hour (in a 70 mile-per-hour zone) and was in the left lane for approximately 3 miles with the officer behind him. Mr. Reeves failed to yield to the emergency lights and |

the officer had to move to the left side of Mr. Reeves' vehicle so Mr. Reeves could see the officer's vehicle.

| | |
|---|---|
| 6 | **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |

**Supporting Evidence**: Mr. Reeves violated the terms of his supervised release by failing to report law enforcement contact to the probation office within 72 hours, on or about October 5, 2018.

On February 15, 2018, supervision commenced in this matter. On February 16, 2018, a supervision intake was completed with Mr. Reeves. Mr. Reeves signed a copy of his judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included standard condition number 9, noted above.

On October 5, 2018, Mr. Reeves was pulled over by Washington State Patrol and cited for speeding. The available infraction report noted that the officer was attempting to pull over an individual going 98 miles per hour and ended up behind Mr. Reeves who was driving 85 miles per hour (in a 70 mile-per-hour zone) and was in the left lane for approximately 3 miles with the officer behind him. Mr. Reeves failed to yield to the emergency lights and the officer had to move to the left side of Mr. Reeves' vehicle so Mr. Reeves could see the officer's vehicle.

Mr. Reeves failed to report this matter to the undersigned officer. The undersigned officer was only made aware of the incident after receiving a copy of the infraction on October 11, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | October 16, 2018 |
| | s/Melissa Hanson |
| | Melissa Hanson<br>U.S. Probation Officer |

Prob12C
Re: Reeves, Jeremy Dean
October 16, 2018
Page 2

THE COURT ORDERS

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the ~~Judge assigned~~ Magistrate to the case.

_____
Signature of Judicial Officer

10/16/18
Date