PROB 12C
(6/16)

Report Date: October 22, 2018

## United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 23 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Jeremy Dean Reeves | Case Number: 0980 2:15CR00001-WFN-1 |
| Address of Offender: | Spokane, Washington 99218 |

Name of Sentencing Judicial Officer: The Honorable James A. Redden, Senior U.S. District Judge
Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 8, 2011

| | | |
|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence: (April 5, 2017) | Prison - 15 months TSR - 36 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: February 15, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 14, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/21/2018, 10/10/2018 and 10/16/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 1:**: You must not commit another federal, state, or local crime. |

**Supporting Evidence**: Mr. Reeves violated the terms of his supervised release by being cited for Driving a Motor Vehicle in an Inattentive Manner, a misdemeanor, in violation of Idaho code 49-1401(3), on or about October 12, 2018.

On February 15, 2018, supervision commenced in this matter. On February 16, 2018, a supervision intake was completed with Mr. Reeves. Mr. Reeves signed a copy of his judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included mandatory condition number 1, noted above.

On October 12, 2018, Mr. Reeves was cited for Driving a Motor Vehicle in an Inattentive Manner, a misdemeanor, in violation of Idaho code 49-1401(3), in Rathdrum, Idaho. Available incident reports noted that Idaho State Police were dispatched to a two-vehicle collision. The driver of the other vehicle was contacted and advised that he was stopping

Prob12C
**Re: Reeves, Jeremy Dean**
**October 22, 2018**
**Page 2**

eastbound, making a northbound tun into an Exxon parking lot, and was struck from behind by the vehicle driven by Mr. Reeves.

Mr. Reeves was contacted by the Idaho State Police. When asked what had happened, Mr. Reeves stated he didn't remember and thinks he may have blacked out. Both individuals denied any injuries.

8          **Special Condition # 6:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Reeves violated the terms of his supervised release by consuming methamphetamine, on or about October 15, 2018.

On February 15, 2018, supervision commenced in this matter. On February 16, 2018, a supervision intake was completed with Mr. Reeves. Mr. Reeves signed a copy of his judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included special condition 6, noted above.

On October 15, 2018, Mr. Reeves reported to the U.S. Probation Office. He submitted to a urinalysis test. Mr. Reeves denied use and the sample was sent to the laboratory for additional testing. A lab report confirmed the sample to have a positive presence for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     October 22, 2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Reeves, Jeremy Dean**
**October 22, 2018**
**Page 3**

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[ ]     Defendant to appear before the Judge assigned to the
        case.
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Signature of Judicial Officer

_____10/23/18_____
Date