Report Date: October 29, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 29 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeremy Dean Reeves | Case Number: 0980 2:15CR00001-WFN-1 |
| Address of Offender: | Spokane, Washington 99218 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 8, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | | |
| Original Sentence: | Probation - 60 months | Type of Supervision: | Supervised Release |
| Amended Sentence (April 5, 2017) | Prison - 15 months<br>TSR - 36 months | | |
| Asst. U.S. Attorney: | Matthew F.  Duggan | Date Supervision Commenced: February 15, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 14, 2021 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/21/2018, 10/10/2018, 10/16/2018, and 10/22/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition # 7**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. Reeves violated the terms of his supervised release by failing to attend his substance abuse treatment session on or about October 25, 2018. |
| | On February 15, 2018, supervision commenced in this matter. On February 16, 2018, a supervision intake was completed with Mr. Reeves.  Mr. Reeves signed a copy of his judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 7, noted above. |

On October 25, 2018, Mr. Reeves was expected to begin intensive outpatient groups at Pioneer Counseling Services. Earlier that day, Mr. Reeves had requested to be excused from this class so that he could have the night alone. His request was denied multiple times. Mr. Reeves failed to attend class that evening.

10   **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Reeves violated the terms of his supervised release by attempting to circumvent urinalysis testing by utilizing a urine device on or about October 26, 2018.

On February 15, 2018, supervision commenced in this matter. On February 16, 2018, a supervision intake was completed with Mr. Reeves. Mr. Reeves signed a copy of his judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 6, noted above.

On October 26, 2018, Mr. Reeves reported for a urinalysis test and to discuss matters surrounding his decision not to attend treatment classes.

During the urine collection process, the collector observed Mr. Reeves was wearing a device commonly used to circumvent drug testing. When questioned about the device, Mr. Reeves admitted to it and ultimately removed the device and provided it to the collector as directed.

The device was shaped as a penis with an attached bag containing a yellow liquid. In addition, the device included an ace bandage type strap to allow the device to be attached to the body.

11   **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Reeves violated the terms of his supervised release by consuming methamphetamine on or about October 24, 2018.

On February 15, 2018, supervision commenced in this matter. On February 16, 2018, a supervision intake was completed with Mr. Reeves. Mr. Reeves signed a copy of his judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 6, noted above.

On October 26, 2018, Mr. Reeves reported. Following the discovery of the urine device noted in alleged violation number 10 above, Mr. Reeves indicated he had been having a difficult time ceasing methamphetamine use. He ultimately signed a drug use admission form admitting to his last date of methamphetamine use on October 24, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/29/2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/29/18

Date