PROB 12C
(6/16)

Report Date: October 3, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Dean Reeves                    Case Number: 0980 2:15CR00001-WFN-1

Address of Offender:                                                         Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer:  The Honorable James A. Redden, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 8, 2011

Original Offense:           Passing Counterfeit Currency, 18 U.S.C. § 472

Original Sentence:         Probation - 60 months                 Type of Supervision: Supervised Release

Revocation Sentence:    Prison - 15 months
(April 5, 2017)              TSR - 36 months

Asst. U.S. Attorney:      James Goeke                              Date Supervision Commenced: February 15, 2018

Defense Attorney:         Roger Peven                               Date Supervision Expires: February 14, 2021

---

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: On October 2, 2019, the undersigned officer located a white crystal like substance in Mr. Reeves' vehicle. Mr. Reeves admitted to the undersigned officer that said substance was methamphetamine. Additionally, a field test was conducted and yielded initial positive findings for methamphetamine. |
| 2 | **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).<br><br>**Supporting Evidence**: On October 2, 2019, the undersigned officer observed in plain view in Mr. Reeves' vehicle, a pair of nunchakus. This dangerous weapon is specifically listed in Mr. Reeves' conditions of supervision as an item he is prohibited from possessing. |

Prob12C
**Re: Reeves, Jeremy Dean**
**October 3, 2019**
**Page 2**

| | | |
|---|---|---|
| | 3 | **Special Conditions # 2 and 3**: You must not open, possess, use, or otherwise have access to any checking account, ATM card, or credit card, without the advance approval of the supervising officer. |

You must not incur any new debt, open additional lines of credit, or enter into any financial contracts, without the advance approval of the supervising officer.

**Supporting Evidence**: On October 2, 2019, during a search of Mr. Reeves' vehicle a number of blank checks, written out checks, and ATM debit cards were located in Mr. Reeves' vehicle. Said items reflected names other than Mr. Reeves'. The items were submitted to the Spokane County Sheriffs Office for further investigation.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/03/2019

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/3/2019
Date