PROB 12C
(6/16)

Report Date: March 3, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Dean Reeves         Case Number: 0980 2:15CR00001-WFN-1

Address of Offender:                                                  , Washington 99212

Name of Sentencing Judicial Officer:  The Honorable James A. Redden, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 8, 2011

| | |
|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 |
| Original Sentence: | Probation - 60 months |

| | | | |
|---|---|---|---|
| Probation Revocation Sentence: | Prison: - 15 months<br>TSR: - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | |
| Defense Attorney: | Molly Winston | Date Supervision Expires: | |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/03/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition Imposed January 8, 2020:** Following successful completion of inpatient treatment, Mr. Reeves shall reside at a residential reentry center (RRC) for a period of up to 180 days.<br><br>**Supporting Evidence**: Mr. Reeves violated the conditions of the Spokane Residential Reentry Center (RRC) on March 2 and 3, 2020, and was terminated from the RRC.<br><br>On March 3, 2020, the undersigned officer was notified by the director of the Spokane RRC that on March 2, 2020, Jeremy Reeves left work at 12 p.m. and did not return to the RRC until 4:45 p.m. He did not have permission from the RRC to go anywhere else on March 2, 2020, and violated the rules by having unaccounted time in the community.<br><br>On March 3, 2020, the undersigned officer was notified by the director of the Spokane RRC at 8:30 a.m., that Mr. Reeves left for work at 4:30 a.m.  When Mr. Reeves' employer was contacted late that morning, they advised that Mr. Reeves never clocked into work. Subsequently, the undersigned officer made an attempt to reach Mr. Reeves by phone and |

text at 8:43 a.m. Mr. Reeves was considered to have absconded from the RRC, and was terminated at 10:30 a.m.

At 10:45 a.m., Jeremy Reeves contacted the undersigned officer, and admitted that he did not immediately go to work on March 3, 2020, and rather went to an unauthorized location, and fell asleep. He further admitted that on March 2, 2020, he did leave work early, and claimed that he went to a court hearing. He confirmed that he did not receive permission from the RRC to leave work early and go to a court hearing.

At the request of Mr. Reeves' attorney, his conditions of supervision were modified on January 8, 2020, at which time he was ordered to be released to an inpatient treatment program. Following completion of said inpatient treatment program, he was ordered to reside at a residential reentry center for up to 180 days. Mr. Reeves acknowledged his understanding of said conditions as evidenced by his reporting to the RRC upon completion of inpatient treatment on February 15, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/03/2020

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

3/3/2020
Date